IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 3:08-00087 |
| ) | Chief Judge Haynes |
| MICHAEL CHARLES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant's letter received in the clerk's office on April 15, 2013 (Docket Entry No. 116), contending, in sum, that Defendant's counsel has provided ineffective assistance of counsel and that the Bureau of Prisons is requiring the Defendant to pay three hundred dollars a month towards his fine in contradiction to the Court's statement that the Defendant pay one hundred dollars a month towards his fine. Id.

As to the Defendant's first issue, the Court has granted defense counsel's motion to withdraw as attorney and to appoint counsel. (Docket Entry Nos. 117 and 118). As to Defendant's second contention, neither the Court's judgment nor the sentencing transcript reflect a scheduling order as to the payment of Defendant's fine. (Docket Entry Nos. 96 and 101). In absence of a clear scheduling order, the Court defers to the Bureau of Prison's judgment as to the schedule of Defendant's payments.

It is so **ORDERED**.

ENTERED this the ___ day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court